# 1:CV-01-0075

United States District Court
Middle District of Pennsylvania

Rodney Smith,

   Petitioner,

vs

United States of America,

   Respondent.

Case No.

Motion For Appointment of Counsel

SCRANTON
JAN -2 2000  20 JAN 1 2001
PER _____ DEPUTY CLERK

Comes now your Petitioner, Rodney Smith, pro se, and for his motion states as follows:

Petitioner does not have any funds in any bank. He does not own any real or otherwise, property. Petitioner does not own a car, and has less than $25.00 in his prison account. Further, he has been in prison for the past 20 years. And for the past two years he has not had a prison job. Petitioner has less than an eighth grade education.

Petitioner's case will require the gathering of information and documents, and the interviewing of witnesses which he cannot do, because of his imprisonment, and because of his education.

The appointment of counsel will not only serve the interest of justice in this case, but will also better serve the court in this

matter.

Therefore, Petitioner respectfully requests this Honorable Court to appoint him an attorney to assist him in this case.

Dated: December 20, 2000

I state under penalty of perjury that the above is true and correct.

Dated: December 20, 2000

Respectfully Submitted,

Rodney Smith
Petitioner, pro se
05841-029
P.O. Box 26030
Beaumont, TX 77720-6030